828

No. 200. ASSEFF ET AL. *v.* MARZALL, COMMISSIONER OF PATENTS. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John F. Oberlin* and *Almon S. Nelson* for petitioners. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for respondent.

No. 201. SUNRAY OIL CORP. *v.* ALLBRITTON. C. A. 5th Cir. Certiorari denied. *C. E. Bryson* and *Angus G. Wynne* for petitioner. *Chris J. Dixie* for respondent.

No. 202. GOVERNMENT SERVICES, INC. *v.* DISTRICT OF COLUMBIA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John W. Cross* for petitioner. *Vernon E. West, Chester H. Gray* and *George C. Updegraff* for respondent.

No. 208. A. B. T. M·NUFACTURING CORP. *v.* NATIONAL REJECTORS, INC. C. A. 7th Cir. Certiorari denied. *Oscar E. Bland, Charle M. Thomas* and *Clarence E. Threedy* for petitioner. *Clarence J. Loftus* and *William E. Lucas* for respondent.

No. 210. TUCKER *v.* NEW ORLEANS LAUNDRIES, INC. ET AL. C. A. 5th Cir. Certiorari denied. *William G. McRae* for petitioner. *Sidney A. Wolff* for the New Orleans Laundries, Inc.; and *Leonard B. Levy* for Lob et al., respondents.

No. 211. TUCKER *v.* NATIONAL LINEN SERVICE CORP. ET AL. C. A. 5th Cir. Certiorari denied. *William G. McRae* for petitioner. *M. F. Goldstein* for the National

Linen Service. Corporation. et al.; *James A. Branch* for Vicknair et al.; *Sidney A. Wolff* for the New Orleans Laundries, Inc.; and *Leonard B. Levy* for Lob et al., respondents.

No. 212. AMERICAN ELASTICS, INC. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Leo Brady* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for the United States.

No. 213. STROUD *v.* SWOPE, WARDEN. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Robert G. Maysack* for respondent.

No. 215. BERNARD REALTY Co. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *A. W. Richter* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Melva M. Graney* for the United States.

No. 217. STEIN ET AL., DOING BUSINESS AS REGLOR OF CALIFORNIA, *v.* EXPERT LAMP Co. C. A. 7th Cir. Certiorari denied. *Will Freeman* and *C. A. Miketta* for petitioners. *Max Richard Kraus* for respondent.

No. 221. KING ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Homer L. Bruce* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Stanley M. Silverberg* and *Ellis N. Slack* for respondent.